UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                  Plaintiff,   ) | |
| v.                                                             ) | Cause No. 1:19-cr-00058-JMS-DLP |
| HOLLY MORGAN (01),                              ) | |
|                  Defendant.   ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation dkt [59] recommending that Holly Morgan's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation dkt [59]. The Court finds that Ms. Morgan committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [49]. The Court dismisses Violation Numbers 2, 3, 4, 5, 6, & 7 at dkt [49]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Ms. Morgan is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow. The Court recommends placement at FPC Alderson.

Date: 5/12/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal